JIMMIE STEPHEN
**Plaintiff/Petitioner/Movant's Name**

C56483
**Prison Number**

CMC-P.O. Box 8101
**Place of Confinement**

San Luis Obispo California
**Address**
93409-8101

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

'08 CV 0788 BTM JMA
E-filing

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

# United States District Court
## Northern District Of California

JW

CV 08   0957   (PR)

JIMMIE STEPHEN,
**Plaintiff/Petitioner/Movant**

v.

"BRAVO",
Et al
**Defendant/Respondent**

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, JIMMIE STEPHEN, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration  CMC- San Luis Obispo California
   Are you employed at the institution?         ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____2006_____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____NONE_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   _____28 USC 1915_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone else's name)): _____NONE_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    _____Prison_____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____2-7-08_____                          _____[signature]_____
DATE                                       SIGNATURE OF APPLICANT

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jimmie Stephen
    Plaintiff,

vs.

Ward "Bravo"
et al.
    Defendant.

CASE NO. CV 08 0957 JW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jimmie Stephen, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____2006_____
5  on streets 1973_____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___  No X
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___  No X
12         or royalties?
13    c.   Rent payments?                             Yes ___  No X
14    d.   Pensions, annuities, or                    Yes ___  No X
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___  No X
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                             Yes ___  No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ __NONE__

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). NONE

5. Do you own or are you buying a home?  Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____
6. Do you own an automobile?  Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $_____
Monthly Payment: $_____
7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
Present balance(s): $_____
Do you own any cash? Yes ___ No ___ Amount: $_____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

8. What are your monthly expenses?
Rent: $_____ Utilities: _____
Food: $_____ Clothing: _____ NONE
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| IN PRISON | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Courts of San Diego fees

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CU-06-0171 — 1054 filed S Diego

CU-06-1054 — 0171 - Issues not presented in case

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-5-08

DATE

SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 4 -

Jimmie Shelton CS483
A-1149
P.O. Box 8101
San Luis Obispo, California
93409-8101

Case Number: CV-08-0957-JW (PR)

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ____0____ [prisoner name] for the last six months California Men's Colony [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 03-06-2008          Karen Mock Acct Tech
                           [Authorized officer of the institution]

- 5 -

Case 3:08-cv-00788-BTM-JMA  Document 2  Filed 04/28/2008  Page 9 of 10
Case 3:08-cv-00957-JW  Document 2  Filed 06/11/2008  Page 6 of 6
REPORT ID: TS3030   REPORT DATE: 03/06/08

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 06, 2008

ACCOUNT NUMBER : C56483           BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT NAME   : STEPHEN, JIMMIE EARL    ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT AVAILABLE BALANCE

3.07-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 03-06-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock Acct Tech.
TRUST OFFICE

Jimmie Shelton Cabbs  
A-1149  
P.O. Box 8101  
San Luis Obispo, California  
93409-8101

SANTA BARBARA CA 93  
07 MAR 2008 PM 2 T

DO US DARE TO READ,  
THINK, SPEAK  
John Adams, 1765  
power corrupts...

NO POSTAGE  
NECESSARY  
IF MAILED  
IN THE  
UNITED STATES

**BUSINESS REPLY MAIL**  
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC  
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT  
450 GOLDEN GATE AVE  
PO BOX 36060  
SAN FRANCISCO CA 94102-9680

