Jimmie Stephen
_Petitioner_

Cump "Bravo"
_Respondent(s)_

CV-08-0957

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

FILED
2008 MAY -2 PM 12: 41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08CV0788 BTM (JMA)

_____ DEPUTY

I, Jimmie Stephen, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

**NUNC PRO TUNC**
**APR 30 2008**

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2005 — 30¢ Hour

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes ☒ No
   b. Rent payments, interest or dividends?               ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes ☒ No
   d. Gifts or inheritances?                              ☐ Yes ☒ No
   e. Any other sources?                                  ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_

   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: _____

---

CV-69 (04/05)     **PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**     Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____ N/A _____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4-18-08
                Date                                        *Signature of Petitioner*

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 _____ on account to his credit at the  California Men's Colony  institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: 0

_____

_____

4-22-2008                              Karen Mock   Account Technician
   Date                               *Authorized Officer of Institution/Title of Officer*

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA MENS COLONY
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 20, 2007 THRU APR. 22, 2008

ACCOUNT NUMBER : C56483            BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT NAME   : STEPHEN, JIMMIE EARL     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
  DATE      HOLD
  PLACED    CODE        DESCRIPTION            COMMENT      HOLD AMOUNT
  ------    ----    ----------------------    ----------    -----------
  04/17/2007 H106   UNITED PARCEL SERVICE HOLD  4498/501        3.07

                           TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL      CURRENT     HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS  BALANCE    BALANCE     TO BE POSTED
  ---------   --------   -----------  -------    -------     ------------
    0.00       0.00         0.00       0.00       3.07          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-22-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock Ccd. Tech.
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
  3.07-