

1  Mr. Jimmie Stephen, #C56483
2  A-1149
   P.O. Box 8101
3  San Luis Obispo, California
4
5
6               Court of United States District
7               State of California Southern
8
9
10                          1.. CASE #CV-08-0788-BTM
11                          2..    CV-08-0789-BTM
                            3..    CV-08-0790-JAH
12
13  Jimmie Stephen
        Plaintiff
14                          Plaintiff Request to "Consolidate"
                            the "3" Pending "42.USC.1983"
15      v                   "Complaints" for forma-Pauperis
16  R. "Bravo"              "Imminent Endanger Exception"
    R. "Hernandez"          Purposes under 28 USC.1915-G..
17  Dr. "Hoxie"
18  et al Defendants
19
20       Plaintiff Jimmie Stephen Hereby by "Order" Request
21  this court U.S.D.C. Southern Judge "Moskowitz" for forma-
22  Pauperis" Purposes under "28 USC 1915-G". "Imminent Endanger"
23  "Serious Physical Injuries" "Combine" the Aforementioned "3"
24  42.USC.1983 Cases as "Injuries" ongoing". As to "Inadequate"
25  "Medical" "Dental" Care since 2005 "ongoing". As of 5-8-08..
26       "Andrews v Cervantes" 493.F3D. 1047 (9th 2007) "Imminent
27  Endanger of Serious Physical Injury" at time of filing makes a dousble
28  Allegation under 28.USC.1915-G.. "Exceptions"..

                           1...

<u>"Imminent Endanger" Exceptions</u>
<u>"Pattern" of misconduct "ongoing"</u>

1.. IN CV-08-00789-BTM Pertains to violations of rights since 5-26-07 as to "retaliation" and "grievances" as well as willful segregation of 8-9-05. As well as "Teeth" "Partials" denial..

2.. IN CV-08-00788-BTM Pertains to willful "assault" of 9-29-06 as well as willful "destroying" "eyeglasses" and "legal documents" as well as malicious "segregation" of 9-29-06..

3.. IN CV-08-00790 JAM Pertains to "ongoing retaliation" based upon "prior" acts of 8-9-05, 9-29-06, and transfer of 3-27-07 to "CMC" as "ongoing" "pattern" of misconduct" willfully..
   As well as "refusal to fix "teeth or partials" since 2005..

<u>"Farrow" v "West"</u> 320.f3d.1235-46 (11th 2003).. states denial of "Partials" for "15" months "Imment Endanger exception" allowed..

<u>"McAlottin v Toney"</u> 281.f3d.709-11 (8th 2002).. withholding of "Dental care" forfills "Imminent Endanger Requirement"..

Plaintiff has "willfully" been "denied" "Teeth" "Partials" since 2005 causing "Pain and suffering" "swelling" "Weight Loss" "teeth" "deteroration" needing "crown" of 2007 as "Injuries ongoing".. As of this motion 5-8-08..

<u>"Relief Requested"</u>
1.. "Granting" forthwith "Consolidation" of these" 3 cases" under "Imminent" endanger serious "physical injuries" in 28.USC.1915 G..
2.. "any other relief by this court..
   True against fraud or perjury

Date 5-8-08                    Signature [signed]

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

1. CU-08-0788
2. CU-08-0789
3. CU-08-0790

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

California Men's Colony-East
P.O. Box 8101 Room **A-1149**
San Luis Obispo, CA. 93409-8101

I CERTIFY ( OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON **5-8**, 20 **08**, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

**5-8-08**

_____
PETITIONER

---

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Room _____
SAN LUIS OBISPO, CALIFORNIA 93409-8101

" **5-8-08**, 20 **08**, I SERVED THE WITHIN _____
**Imminent Danger Exception**
**Consolidation 3 Cases** "

ON THE PARTY: **Attorney General Office**

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:

**Attorney General**

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON **5-8-**, 20 **08**, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

**Khalid Qadir**

_____
SIGNATURE OF DECLARANT

(REV. 6/07)

